```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
    UNITED STATES OF AMERICA,                                :
                                                             :
                    -v-                                      :      15-cr-616 (KBF)
                                                             :
    ERDOLO EROMO,                                            :      ORDER
                                                             :
                            Defendant.                       :
                                                             :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: August 23, 2018

KATHERINE B. FORREST, District Judge:

As previously ordered, the parties are directed to appear for the sentencing of Erdolo Eromo on **Friday, November 9, 2018, at 11:00 a.m.**  Defense sentencing submissions are due **no later than Friday, October 26, 2018**.  Government sentencing submissions are due **no later than Friday, November 2, 2018**.

Furthermore, it is hereby ordered that an expedited pre-sentence report be prepared for Erdolo Eromo.

Any objection to the sentencing date or the expedited process for the presentence report must be filed **no later than Wednesday, August 29, 2018.**

SO ORDERED.

Dated:  New York, New York
        August 23, 2018

                                            _____
                                                  KATHERINE B. FORREST
                                                  United States District Judge