USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/13/2023____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

ERDOLO EROMO,

                          Defendant.

15 Cr. 616-2 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The sentencing for Defendant, Erdolo Eromo, is scheduled for **February 14, 2023**, at **11:00 a.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

      SO ORDERED.

Dated: February 13, 2023
       New York, New York

ANALISA TORRES
United States District Judge