USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/15/2023_

# Iversen Proctor

Michael J. Proctor
(213) 787-7699
michael@iversenproctor.com

February 14, 2023

**VIA E-MAIL**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Erdolo Eromo*, 15 Cr. 616 (AT)

Dear Judge Torres:

On behalf of Defendant Erdolo Eromo, I want to express the deepest appreciation for Your Honor's attention to the sentencing in this matter.

I write to seek an order for:

(1) Exonerating of the bond in this matter; and

(2) Ordering the United States Pretrial Services to return Mr. Erdolo's passport, which Pretrial was holding as part of the bond in this case.

The grounds for this request is that the Court sentenced Mr. Erdolo today and ordered no further incerceration or supervision.  I have confered with the government through Assistant United States Attorney Olga I. Zverovich, who advises that the government has no objection to this request.

Mr. Eromo appreciates the Court's attention to this request. Thank you.

GRANTED.

SO ORDERED.

Dated: February 15, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge