UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

ERDOLO EROMO,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/15/2023____

15 Cr. 616-2 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Clerk of Court is directed to unseal the superseding information as to Defendant, Erdolo Eromo, and file it on the docket.

    SO ORDERED.

Dated: February 15, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge