```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/14/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                :

UNITED STATES OF AMERICA

                                                                :      CONSENT PRELIMINARY ORDER
    - v. -                                          OF FORFEITURE/
                                                                 :      <u>MONEY JUDGMENT</u>

ERDOLO EROMO,
                                                                :      15 Cr. 616 (AT)

           Defendant.
                                                               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

        WHEREAS, on or about June 28, 2016, ERDOLO EROMO (the "Defendant"), was charged in a Superseding Information, S1 15 Cr. 616 (AT) (the "Information"), with conspiracy to commit wire fraud and mail fraud, in violation of Title 18, United States Code, Section 1349 (Count One); conspiracy to commit money laundering, in violation of Title 18, United States Code, Section 1956(h) (Counts Two and Four); and conspiracy to commit wire fraud, in violation of Title 18, United States Code, Section 1349 (Count Three);

        WHEREAS, the Information included a forfeiture allegation as to Counts One and Three of the Information, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461, of all property, real and personal, which constitutes or is derived from proceeds traceable to the commission of the offenses alleged in Counts One and Three of the Information;

        WHEREAS, the Information included a second forfeiture allegation with respect to Counts Two and Four of the Indictment, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 981(a)(2), of all property, real and personal, involved in the offenses alleged in Counts Two and Four of the Information, or any property traceable to such property;

WHEREAS, on or about June 28, 2016, the Defendant pled guilty to Counts One through Four of the Information, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Counts One through Four of the Information, and agreed to forfeit to the United States, a sum of money in United States currency, representing proceeds traceable to the commission of the offenses alleged in Counts One and Three of the Information, and property involved in the offenses alleged in Counts Two and Four of the Information, or any property traceable to such property;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $19,411,938.32 in United States currency, representing the amount of proceeds traceable to the offenses charged in Counts One and Three of the Information that the Defendant personally obtained, and property involved in the offenses charged in Counts Two and Four of the Information; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offenses charged in Counts One and Three of the Information that the Defendant personally obtained, and the property involved in Counts Two and Four of the Information, cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Damian Williams, United States Attorney, Assistant United States Attorney, Olga I. Zverovich, of counsel, and the Defendant, and his counsel, Michael Schafler, Esq. and Michael J. Proctor, Esq., that:

1. As a result of the offenses charged in Counts One through Four of the Information, to which the Defendant pled guilty, a money judgment in the amount of $19,411,938.32 in United States currency (the "Money Judgment"), representing the proceeds

traceable to the offenses charged in Counts One and Three of the Information that the Defendant personally obtained, and property involved in the offenses charged in Counts Two and Four of the Information, shall be entered against the Defendant.

      2.    Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant, ERDOLO EROMO, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

      3.    All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Department of Treasury, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number.

      4.    The United States Department of Treasury or its designee shall be authorized to deposit the payment on the Money Judgment into the Treasury Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

      5.    Pursuant to 21 U.S.C. § 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

      6.    Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7. The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

8. The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____     02/08/2023
OLGA I. ZVEROVICH                        DATE
Assistant United States Attorney
One St. Andrew's Plaza
New York, NY 10007
(212) 637-2514

ERDOLO EROMO

By: _____     2-14-2-23
EDROLO EROMO                             DATE

By: _____     2/14/23
MICHAEL SCHAFLER, ESQ.                   DATE
Attorney for Defendant

SO ORDERED.

Dated: February 14, 2023
       New York, New York                _____
                                         ANALISA TORRES
                                         United States District Judge